The Waite Nursery and Development Company, Appellant, *v.* Edith L. Just, Respondent.

(Submitted December 7, 1934; decided December 31, 1934.)

*Robert A. Fosdick* and *J. Ben Fuqua* for appellant.

No one for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.